McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cv-00250 GEB-EFB |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | PUBLICATION |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 761 | ) | |
| MAGNOLIA ROAD, MARYSVILLE, | ) | |
| CALIFORNIA, YUBA COUNTY, | ) | |
| ORIGINAL APN: 005-170-013, | ) | |
| DIVIDED INTO PARCEL NUMBERS: | ) | |
| 005-170-071 AND 005-170-072, | ) | |
| INCLUDING ALL APPURTENANCES | ) | |
| AND IMPROVEMENTS THERETO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, Plaintiff herein, applies for
an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Certain
Admiralty and Maritime Claims (hereafter "Supplemental Rules")
provides that the Plaintiff shall cause public notice of the
action and arrest to be given in a newspaper of general
circulation, designated by order of the Court;

2.   Local Rule 83-171, Eastern District of California,
provides that the Court shall designate by order the appropriate

1

1  newspaper for publication;

2      3.   The defendant real property is located in the city of

3  Marysville, in Yuba County, California;

4      4.   Plaintiff proposes that publication be made as follows:

5          a.   Four publications;

6          b.   In the following newspaper, a legal newspaper of

7  general circulation, located in the county in which the defendant

8  real property is located: <u>Appeal Democrat</u>;

9          c.   The publication to include the following:

10              (1)   The Court, title and number of the action;

11              (2)   The date of posting of the real property;

12              (3)   The identity and/or description of the real

13  property posted;

14              (4)   The name, address, and telephone number of

15  the attorney for the Plaintiff;

16              (5)   A statement that claims of persons entitled

17  to possession or claiming an interest pursuant to Supplemental

18  Rule G(5) must be filed with the Clerk and served on the attorney

19  for the Plaintiff within 30 days after the date of publication;

20              (6)   A statement that answers to the Complaint or

21  a motion under Rule 12 of the Federal Rules of Civil Procedure

22  ("Fed. R. Civ. P.")  must be filed and served within 20 days

23  after the filing of the claims and, in the absence thereof,

24  default may be entered and condemnation ordered;

25              (7)   A statement that applications for

26  intervention under Fed. R. Civ. P., Rule 24 by persons claiming

27  maritime liens or other interests shall be filed within the 30

28  days allowed for claims for possession; and

2

1          (8)  The name, address, and telephone number of

2   the U.S. Marshal and/or Department of Treasury.

3   Dated: Feb. 6, 2007           McGREGOR W. SCOTT
                                  United States Attorney
4

5

6                                  /s/ Kristin S. Door
                                  KRISTIN S. DOOR
7                                 Assistant U.S. Attorney

8

9                                 **ORDER**

10      **IT IS SO ORDERED.**

11  Dated:   March 23, 2007.

12                                EDMUND F. BRENNAN

13                                UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3