1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   2:07-CV-00250-GEB-EFB
                                  )
12          Plaintiff,            )
                                  )   JOINT REQUEST FOR FURTHER
13     v.                         )   STAY AND ORDER
                                  )   [Proposed]
14 REAL PROPERTY LOCATED AT 761   )
   MAGNOLIA ROAD, MARYSVILLE,     )
15 CALIFORNIA, YUBA COUNTY,       )   DATE:        N/A
   APN: 005-170-013, INCLUDING    )   TIME:        N/A
16 ALL APPURTENANCES AND          )   COURTROOM:   N/A
   IMPROVEMENTS THERETO,          )
17                                )
            Defendant.            )
18 _____)

19      The parties submit the following Joint Request for Stay and

20 Proposed Order pursuant to this Court's April 11, 2007, order.

21      The parties jointly request that the stay ordered on April

22 11, 2007, be extended for an additional six months.  To date

23 claimant Foster Cornelius, the owner of the property, has not

24 been charged with any criminal offense by state, local, or

25 federal authorities, and the statute of limitations has not

26 expired on potential criminal charges relating to the marijuana.

27 However, the federal investigation that led to the filing of the

28 Complaint for Forfeiture In Rem against the defendant property is

                                1

1  still underway.  During the week of September 24, 2007, federal
2  agents executed several additional search warrants at locations
3  involving marijuana cultivation and sales.  Evidence obtained
4  from those searches has yet to be evaluated.  Accordingly, the
5  parties recognize that a further stay in this forfeiture action
6  is necessary both to protect claimant Cornelius' right to contest
7  this forfeiture without being required to waive his Fifth
8  Amendment right against self-incrimination, and to protect the
9  government's investigation from premature disclosure via civil
10 discovery.
11      The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1),
12 981(g)(2), and 21 U.S.C. § 881(i).

DATED: October 3, 2007                McGREGOR W. SCOTT
                                      United States Attorney

                                By:   /s/ Kristin S. Door
                                      KRISTIN S. DOOR
                                      Assistant U.S. Attorney


DATED: October 4, 2007                /s/ David Weiner
                                      DAVID WEINER
                                      Attorney for claimant
                                      Foster Cornelius

                                      (Signature authorized
                                      over telephone by
                                      Claimant's counsel)
//
//

2

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for an additional six months. On or before April 15, 2008, the parties shall file a document in which they advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:  October 19, 2007

GARLAND E. BURRELL, JR.
United States District Judge

3