```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:07-CV-00250-GEB-EFB
                                 )
12           Plaintiff,          )
                                 )   STIPULATION TO EXTEND STAY
13      v.                       )   AND ORDER [PROPOSED]
                                 )
14  REAL PROPERTY LOCATED AT 761 )
    MAGNOLIA ROAD, MARYSVILLE,   )
15  CALIFORNIA, YUBA COUNTY,     )   DATE:        N/A
    APN: 005-170-013, INCLUDING  )   TIME:        N/A
16  ALL APPURTENANCES AND        )   COURTROOM:   N/A
    IMPROVEMENTS THERETO,        )
17                               )
             Defendant.          )
18  _____)
```

19       The parties submit the following Stipulation to Extend Stay

20  and Proposed Order pursuant to this Court's October 19, 2007,

21  order.

22       The parties jointly request that the stay ordered on October

23  19, 2007, be extended for an additional six months.  To date

24  claimant Foster Cornelius, the owner of the property, has not

25  been charged with any criminal offense by state, local, or

26  federal authorities, and the statute of limitations has not

27  expired on potential criminal charges relating to the marijuana.

28  However, the federal investigation that led to the filing of the

1  Complaint for Forfeiture <u>In Rem</u> against the defendant property is
2  still underway.  During the week of September 24, 2007, federal
3  agents executed several additional search warrants at locations
4  involving marijuana cultivation and sales.  Evidence obtained
5  from those searches –including many computer hard drives that are
6  proving difficult to examine forensically--has yet to be
7  evaluated.  Accordingly, the parties recognize that a further
8  stay in this forfeiture action is necessary both to protect
9  claimant Cornelius' right to contest this forfeiture without
10 being required to waive his Fifth Amendment right against self-
11 incrimination, and to protect the government's investigation from
12 premature disclosure via civil discovery.
13     The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1),
14 981(g)(2), and 21 U.S.C. § 881(i).

16 DATED: April 25, 2008                McGREGOR W. SCOTT
                                        United States Attorney

                                    By: /s/ Kristin S. Door
                                        KRISTIN S. DOOR
                                        Assistant U.S. Attorney

22 DATED: April 28, 2008                /s/ David Weiner
                                        DAVID WEINER
                                        Attorney for claimant
                                        Foster Cornelius

                                        (Original signature retained
                                        by plaintiff's counsel)
26 //
27 //

2

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for an additional six months. On or before October 25, 2008, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:  April 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge