1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-CV-00250-GEB-EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO EXTEND STAY |
| v. | ) | AND ORDER [PROPOSED] |
| | ) | |
| REAL PROPERTY LOCATED AT 761 MAGNOLIA ROAD, MARYSVILLE, CALIFORNIA, YUBA COUNTY, APN: 005-170-013, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | DATE:       N/A<br>TIME:       N/A<br>COURTROOM:  N/A |
| Defendant. | ) | |

The parties submit the following Stipulation to Extend Stay and Proposed Order. The parties jointly request that the stay ordered on May 1, 2008, be extended for an additional three months. To date claimant Foster Cornelius, the owner of the property, has not been charged with any criminal offense by state, local, or federal authorities, and the statute of limitations has not expired on potential criminal charges relating to the marijuana. However, the federal investigation that led to the filing of the Complaint for Forfeiture In Rem against the defendant property is still underway. If an

1

indictment is returned against claimant Foster Cornelius or or before March 1, 2009, the parties will seek another stay. If no indictment has been returned by that date, the parties will ask that the stay be lifted and the case fully scheduled.

The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).

DATED: December 3, 2008                McGREGOR W. SCOTT
                                       United States Attorney

                                  By:  /s/ Kristin S. Door
                                       KRISTIN S. DOOR
                                       Assistant U.S. Attorney


DATED: December ___, 2008              _____
                                       DAVID WEINER
                                       Attorney for claimant
                                       Foster Cornelius

                                       (Original signature retained
                                       by plaintiff's counsel)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until March 2, 2009, at which time a status report shall be filed advising the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: December 8, 2008

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge