```
LAWRENCE G. BROWN
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-00250-GEB-EFB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO EXTEND STAY AND ORDER |
| REAL PROPERTY LOCATED AT 761 MAGNOLIA ROAD, MARYSVILLE, CALIFORNIA, YUBA COUNTY, APN: 005-170-013, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | DATE:      N/A  TIME:      N/A  COURTROOM:  N/A |
| Defendant. | ) | |

The parties jointly request that the stay ordered on February 26, 2009, be extended for an additional three months. To date claimant Foster Cornelius, the owner of the property, has not been charged with any criminal offense by state, local, or federal authorities, and the statute of limitations has not expired on potential criminal charges relating to the marijuana. However, the federal investigation that led to the filing of the Complaint for Forfeiture <u>In Rem</u> against the defendant property is still underway.

1

1  The parties are concerned that due to the decline in real
2 estate values in California, the defendant property may be worth
3 less than the recorded liens.  If so, it makes little economic
4 sense to proceed with this forfeiture action.  Accordingly, the
5 parties request an additional three months stay.  During this
6 time the plaintiff will obtain an updated appraisal of the
7 property.  The parties will then be in a better position to
8 decide how to proceed: whether to dismiss this action; ask that
9 this case be fully scheduled; or ask for another stay while the
10 criminal investigation continues.
11  The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1),
12 981(g)(2), and 21 U.S.C. § 881(i).

14 DATED: September 2, 2009         LAWRENCE G. BROWN
                                   United States Attorney

                                   By:  /s/ Kristin S. Door
                                        KRISTIN S. DOOR
                                        Assistant U.S. Attorney

19 DATED: September 2, 2009         /s/ David Weiner
                                    DAVID WEINER
                                    Attorney for claimant
                                    Foster Cornelius

                                    (Original signature retained
                                    by plaintiff's counsel)

**ORDER**

26  For the reasons set forth above, this matter is stayed
27 pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. §
28 881(i) for an additional three months.  On or before December 2,

2

2009, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: September 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge