1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )   2:07-CV-00250-GEB-EFB
                                   )
11          Plaintiff,             )
                                   )   STIPULATION TO DISMISS WITH
12     v.                          )   PREJUDICE AND ORDER;
                                   )   CERTIFICATE OF REASONABLE
13 REAL PROPERTY LOCATED AT 761    )   CAUSE
   MAGNOLIA ROAD, MARYSVILLE,      )
14 CALIFORNIA, YUBA COUNTY,        )   DATE:         N/A
   APN: 005-170-013, INCLUDING     )   TIME:         N/A
15 ALL APPURTENANCES AND           )   COURTROOM:    N/A
   IMPROVEMENTS THERETO,           )
16                                 )
            Defendant.             )
17 _____  )

18      Plaintiff United States of America, and claimant Foster
19 Cornelius, appearing through undersigned counsel, hereby agree
20 and stipulate as follows:
21      1.  The pending action shall be dismissed with prejudice
22 pursuant to Rule 41(a)(2) of the Federal Rules of Civil
23 Procedure.
24      2.  The parties are to bear their own costs and attorney
25 fees.
26      3.   There was probable cause for the posting of the
27 defendant real property, and for the commencement and prosecution
28 of this forfeiture action, and the Court may enter a Certificate

1

of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: 12-17-09                         BENJAMIN B. WAGNER
                                        United States Attorney

                               By    /s/ Kristin S. Door
                                     KRISTIN S. DOOR
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

DATED: 12-17-09                          /s/ David Weiner
                                     DAVID WEINER
                                     Attorney for claimant
                                     Foster Cornelius

IT IS SO ORDERED.

Dated:   January 29, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed February 8, 2007, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated:   January 29, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2